## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK JARMALL SPURILL,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 14-4801 |
| : | |
| **CAROLYN W. COLVIN,** : | |
| **Commissioner of** : | |
| **Social Security,** : | |
| Defendant. : | |

### O R D E R

**AND NOW**, this 31st day of July, 2015, upon consideration of Plaintiff's Motion in Support of Request for Review (Doc. No. 11), and Defendant's response (Doc. No. 12), as well as the record herein, and after careful and independent consideration of the Report and Recommendation of Timothy R. Rice, United States Magistrate Judge, to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 16) is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for judicial review is **GRANTED** and this matter is **REMANDED** to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation;

3. The Clerk shall mark this case as **CLOSED** for statistical purposes.

          **AND IT IS SO ORDERED.**

          */s/ Paul S. Diamond*
          _____
          Paul S. Diamond, J.